1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION (LOS ANGELES)

| | |
|---|---|
| MARIA GARCIA, an individual,<br><br>            Plaintiff,<br><br>vs.<br><br>REEBOK INTERNATIONAL LTD., and J.C. PENNEY, and DOES 1 through 100, inclusive,<br><br>            Defendants. | Case No.:  2:13-CV-02785-RGK-PJWx<br><br>[Action Filed:  January 24, 2013]<br><br>[~~proposed~~] **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

   Pursuant to the February 14, 2014 Order of Honorable R. Gary Klausner, District Judge Presiding, GRANTING Defendants Reebok International Ltd. and J.C. Penney Corporation, Inc.'s Motion for Summary Judgment after the evidence presented having been fully considered, the issues having been duly heard and a decision having been duly rendered,

*///*

*///*

*///*

1 **IT IS ORDERED AND ADJUDGED** that the Plaintiff take nothing, that the
2 action be dismissed on the merits, and that Defendants Reebok International Ltd.
3 and J.C. Penney Corporation, Inc. recover their costs.
4   The Court orders that such judgment be entered.
5
6
7 Dated: February 21, 2014    _____
8                  Judge R. Gary Klausner
                 United States District Judge